<u>**NOT FOR PUBLICATION**</u>

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| OLUWASEUN ADEKOYA, | Civil Action No. 17-6106 (JMV) |
| Petitioner, | |
| v. | **OPINION** |
| CHARLES GREEN, | |
| Respondent. | |

APPEARANCES:

Oluwaseun Adekoya
Essex County Correctional Facility
354 Doremus Ave.
Newark, NJ 07105
    Petitioner, *pro se*

BRYAN K. LONEGAN
Office of Immigration Litigation
United States Attorney's Office
970 Broad Street
Newark, NJ 07102
    On behalf of Respondent

**VAZQUEZ**, United States District Judge

    Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on August 12, 2017. (ECF No. 1.) He alleges a violation of his right to due process based on prolonged pre-removal order detention in the custody of Immigration and Customs Enforcement at Essex County Correctional Facility since January 25, 2016. ("ICE"). (*Id.* at 2-3.)

    Respondent submitted a letter response to the petition on November 13, 2017. (ECF No. 6.) Respondent does not object to a remand ordering an Immigration Judge to provide Petitioner

with a bond hearing, in accordance with 8 C.F.R. § 1003.19(c). The Court will, therefore, grant the habeas petition and order Respondent to provide Petitioner with a bond hearing. *See Chavez-Alvarez v. Warden York County Prison*, 783 F.3d 469, 478 (3d Cir. 2015) (due process requires that detention without bail pursuant to 8 U.S.C. § 1226(c) be limited to a reasonable period of time to further the goals of the detention statute.)

An appropriate Order follows.

Date: December 4, 2017
At Newark, New Jersey

<u>s/ John Michael Vazquez</u>
JOHN MICHAEL VAZQUEZ
United States District Judge